Motion Granted; Appeal Dismissed and Memorandum
Opinion filed May 17, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00287-CV

____________

 

INTEX LIVINGSPACE, LTD., INTEX DESIGN L.L.C.,

BRUCE D. WOLFE AND FRED BEISER, Appellants

 

V.

 

ROSET USA CORPORATION, Appellee

 



 

On Appeal from the 152nd District Court

Harris County, Texas

Trial Court Cause No. 2010-51720

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from an order signed March 28, 2011.  On May 2, 2011, appellants
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Anderson, Brown, and
Christopher.